Motion Granted; Appeal Dismissed and Memorandum
Opinion filed January 27, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00425-CV

____________

 

LETHA ECHOLS, Appellant

 

V.

 

ROYCE CLYDE ZEIGLER, Appellee

 



 

On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 2009-32584

 



 

MEMORANDUM 
OPINION

This is
an appeal from a judgment signed April 16, 2010.  On January 18, 2011, the
parties filed a motion to dismiss the appeal in order to effectuate a
compromise and settlement agreement.  See Tex. R. App. P. 42.1.  The
motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief
Justice Hedges and Justices Frost and Christopher.